## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| v. | :      11-CR-353-1 (RBW) |
| MARC GERSEN | : |

### DEFENDANT'S SENTENCING MEMORANDUM

Mr. Gersen is before the Court having entered an 11(c)(1)(C) plea to conspiracy to distribute and possess with intent to distribute methamphetamine, in exchange for the agreed upon sentence of 48 months.

Forty eight months is an appropriate sentence in this case. Marc Gersen is an extraordinarily gifted, bright young man whose future has been changed significantly by his conviction in this case.

Mr. Gersen graduated *summa cum laude* from Georgetown University in 2004. His undergraduate G.P.A. was 3.91 and he is a Phi Beta Kappa member. Mr. Gersen was awarded a medal in economics which recognized him as the best economics student in his graduating class as determined by departmental Professors. He was one of 32 National recipients to be awarded a $32,000, private scholarship to continue his education, which he did at U.C. Berkeley.

Mr. Gersen earned a master's degree in economics from U.C. Berkeley in 2007, but along the way to that degree, began using and later selling methamphetamine. Mr. Gersen's prior arrest record -- non-existent prior to 2007-- coincides exactly with his drug addiction. According to all of the people who have written in support of Mr. Gersen, he appreciates the detrimental impact that his addiction and consequent poor judgment have had on his life and future prospects and is thus fully committed to maintaining sobriety upon release.

1

In graduate school Mr. Gersen struggled with his addiction, enrolling himself in two separate inpatient programs first in San Francisco, and then at the Kolmac Clinic in Washington, D.C. in 2010, while attending Georgetown University Law Center, hereinafter G.U.L.C..

Throughout his 1.5 year tenure as a G.U.L.C. student, Mr. Gersen unsuccessfully battled his methamphetamine addiction – all the while maintaining a G.P.A. of 3.48 or higher. *See* transcript, attached. Mr. Gersen recently underwent an evaluation which recommends intensive residential substance abuse treatment. PSR at para 70. He appears to be an ideal candidate for the Bureau of Prisons' 500 hour drug treatment program.

Mr. Gersen's Constitutional law Professor, Mike Seidman, writes of Mr. Gersen that "his law school performance – remarkable under any circumstances – is truly incredible given the other things going on in his life." Seidman letter (attached) at 1.

The G.U.L.C. Dean of Students, Mitch Bailin, writes that while he has worked with a number of students at Georgetown and other schools who found themselves in legal trouble, before the letter he wrote on Mr. Gersen's behalf, (attached) Dean Bailin had never before written a letter to support such a student, and did so here

> because, simply, I believe in Marc. I believe that he is fully dedicated to staying clean and sober; that he demonstrates a combination of intellect, insight and humanity unusual for even the talented students with whom I am fortunate to work; and that he will better himself and serve those less fortunate if given the opportunity to make a difference outside of prison.

Bailin letter at 2.

Professor Seidman describes Mr. Gersen as "brilliant," and the writer in a class of 110 students, of "the best exam I received." Prof. Seidman's belief in and support for Mr. Gersen

2

motivated Prof. Seidman after Mr. Gersen's arrest to maintain contact with and even visit Mr.

Gersen at the D.C. Jail, where Prof. Seidman came to appreciate Mr. Gersen's "character, ...

courage ... unfailing good humor and [] unwavering commitment to making the best of his

situation, not only for himself, but for others."   Seidman letter at 2.

Housed in the educational unit at the D.C. Jail, Mr. Gersen sought out and maintained with

brief interruption, volunteer positions as a G.E.D. tutor and writing teacher.   Frequently during

legal visits Mr. Gersen regaled undersigned counsel with stories about his writing classes; insights

into how he might improve upon his teaching technique and better reach his students, and acumens

about the life lessons provided by his incarceration at the D.C. Jail.   It seemed to give Mr. Gersen

great joy to teach and Mr. Gersen's ability to embrace his circumstances in order to learn from

them is truly remarkable.

As Dean Bailin observed:

Sadly, the next time I saw Marc was through the glass partition in the visitor's bay at the
D.C. Jail last spring.   But I must say, I walked away from that visit heartened.   Marc was
remarkably positive, recounting his efforts to assist fellow inmates with their reading and
sharing with me his continuing passion for legal studies. It was clear that Marc recognized
he had made significant mistakes, had taken responsibility for them, and intended to make
incarceration a productive experience for him and for those even less fortunate.   It was
also encouraging to see him clean and sober.   Ironically, for the first time in my relatively
short relationship with him I had a chance to fully experience his clarity of thought,
compassion and spirit.   I walked away imagining the good he could and would do in the
world after serving his time.

Bailin letter at 1.

Clearly, Marc Gersen is a young man who, prior to sustaining a felony conviction, had a

very promising future.   By committing the conduct in the instant case, Mr. Gersen has robbed

himself of that bright future.   He will not practice law.   It may be difficult for him to gain

employment in any profession.   Particularly in light of the foregoing punishment, four years of

3

incarceration more than adequately punishes Mr. Gersen for his conduct.

Finally, Mr. Gersen enjoys truly outstanding community support as evidenced in the attached letters of support.

## Conclusion

For all of the foregoing reasons and such other reasons as may be discussed at the sentencing hearing in this matter, counsel asks that the Court impose the agreed upon sentence of 48 months. Further, Mr. Gersen would appreciate the Court's recommendation that he serve his sentence at the Federal Prison Camp in Miami, a facility close to Mr. Gersen's parents where the BOP 500 hour drug treatment camp is available.

Respectfully submitted,

Nikki Lotze
LOTZE MOSLEY, LLP
400 7th Street, NW
Suite 202
Washington, D.C. 20004
(202) 393-0535

4



GEORGETOWN UNIVERSITY LAW CENTER

January 6, 2013

*Mitchell C. Bailin*
*Dean of Students*

The Honorable Reggie B. Walton
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Walton:

My name is Mitch Bailin and I am the Dean of Students at Georgetown University Law Center. I write in connection with the upcoming sentencing of Mr. Marc Gersen, a student currently on leave from the Law Center. Marc has shared with me some information about his criminal misconduct, and I fully recognize that he must be punished for that misconduct. I am writing because I know Marc well, continue to think very highly of him as a person and a law student, and hope that some observations about him may be useful to the Court as you consider whether leniency is appropriate in his case.

I first came to know Marc in April 2011, when he sought my guidance about managing his academic load as a second year law student. Marc candidly shared that he struggled with abuse of alcohol and controlled substances, and that those struggles had begun to seriously interfere with his coursework. As Marc wrestled with whether to reduce his courseload, a few things were notable about our conversations. First, Marc had already sought help from a reputable treatment center in Washington D.C., the Kolmac Clinic. Law students who struggle with alcohol and drug issues often do not willingly seek help, and they typically have a hard time recognizing and accepting that they need assistance. This was not the case with Marc, who had enrolled in an intensive outpatient treatment program at Kolmac. Second, Marc clearly was fascinated by both legal theory and the practice of law, and cared deeply about becoming a lawyer. He wanted to get well because he badly wanted to serve the public good through a career in lawyering.

Marc and I worked closely again in October 2011 when, despite his commitment to the Kolmac treatment program, he relapsed. Marc was especially distressed to have to withdraw from a practicum course through which he was providing advocacy to inmates in the D.C. jail. Despite the brutal challenges of alcohol and substance addiction, his passion for the law and commitment to furthering social justice had clearly only grown.

Sadly, the next time I saw Marc was through the glass partition in the visitor's bay at the D.C. jail last spring. But I must say, I walked away from that visit heartened. Marc was remarkably positive, recounting his efforts to assist fellow inmates with their reading and sharing with me his continuing passion for legal studies. It was clear that Marc recognized he had made significant mistakes, had taken responsibility for them, and intended to make incarceration a productive experience for him and for those even less fortunate. It was also encouraging to see him clean and sober. Ironically, for the first time in my relatively short relationship with him I had a chance to fully experience his clarity of thought, compassion and spirit. I walked away imagining the good he could and would do in the world after serving his time.

Let me close by noting that I have worked with a number of students here at Georgetown and at other schools who have found themselves in legal trouble, but I never have written a letter such as this

before. I am writing because, simply, I believe in Marc. I believe that he is fully dedicated to staying clean and sober; that he demonstrates a combination of intellect, insight and humanity unusual for even the talented students with whom I am fortunate to work; and that he will better himself and serve those less fortunate if given the opportunity to make a difference outside of prison.

Thank you for your time and consideration.

Yours sincerely,

Mitchell C. Bailin
Associate Vice President and Dean of Students



*GEORGETOWN UNIVERSITY LAW CENTER*

*Louis Michael Seidman*
*Carmack Waterhouse*
*Professor of*
*Constitutional Law*

December 6, 2012

The Honorable Reggie B. Walton
United States District Court for the
 District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Walton:

I write in connection with the upcoming sentencing of Marc Gersen. He has been convicted of a serious offense, and he will have to pay the price for that. There are nonetheless strong reasons why he deserves leniency. I hope it will be useful to you for me to tell you some of the things that I know about him.

Marc was my student in the first year course I teach in criminal justice at the Georgetown University Law Center. From the first day of class, it was clear that he was very special. To put no fine point upon it, he is brilliant. He easily mastered a complex body of doctrine, but, beyond that, he had consistently interesting and original things to say about many of the complex legal and policy issues raised by the course. I was hardly surprised when, in a class of 110 people, he wrote the best exam I received.

Of course, I knew nothing about Marc's personal background at the time. I now know that he accomplished all this while struggling – not successfully, I'm afraid – with his personal demons. Throughout this period, he was dealing not only with the usual stresses of the first year of law school, but also with all-consuming drug addiction. He was trying desperately to get into a program that would help him and to get his life under control. His law school performance – remarkable under any circumstances – is truly incredible given the other things going on in his life.

To be clear, I do not mean to suggest that intelligence and ability are relevant to culpability. They are not. They do relate to future promise, though, and, despite all that has happened, Marc's chances of making tremendous contributions to our society remain excellent. Of course, this promise can be realized only if he appreciates the seriousness of the mistakes he has made and reorganizes his life so as not to make them again. For the reasons that I outline below, I am completely confident that he has learned a deep lesson from what has happened and that he will be successful in remaking his life.

After Marc was arrested, I began a regular correspondence with him and visited him multiple times at the DC Jail. I have gotten to know him much better than I did when he was my student. Before I admired his intellect; now, despite everything that has happened, I admire his character and courage.

It goes without saying that the last year has not been easy for Marc. He has responded to his circumstances with unfailing good humor and an unwavering commitment to making the best of his situation, not only for himself, but for others. I have never once heard even a suggestion that he felt sorry for himself or blamed anyone but himself for his predicament. He understands that he is where he is because of choices that he has made. He understands as well that, although he cannot undo what has already happened, he can make the best of what is to come.

For these reasons, Marc decided to use this time to help other inmates. On both a formal and informal level, he has instructed them, befriended them, and helped them in countless ways. It is a tribute to him that he has been able to bridge huge class and cultural gaps to connect with the people he has been living with. At the same time, he has decided to use this time to better understand himself. He has embarked on an ambitious reading program to improve his mind and to gain some introspection into what has motivated him in the past and how he can change the things that have not worked for him.

I cannot tell you how impressed I have been with the progress that Marc has made. Watching this progress has been deeply moving for me, and, at this point, I can say with no false modesty that I have learned more from him than I ever taught him.

The short of it is that Marc is an extraordinary young man who has made some extraordinary mistakes. If he is given the chance, there is every likelihood that he will end up leading a successful, productive, and happy life. He needs that chance, though, and I hope you can see your way clear to providing it for him.

Sincerely,

Louis Michael Seidman

January 17, 2012

The Honorable Reggie B. Walton
United States District Court for the
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Walton:

I write to respectfully express my support for a long-time friend of mine, Marc Gersen. I met Marc in undergraduate at Georgetown, but he remained a close friend since that time. A few years back, I was very excited to learn that Marc was returning to DC to attend Georgetown for law school, which I had recently graduated from.

When he returned to DC, Marc quickly became immersed in law school with his usual intensity of purpose. He frequently elicited my thoughts on legal concepts and discussed his law courses, constitutional law in particular. He was eager to clerk that summer for the public defender's office in San Francisco and hoped to work in the public defender's office after graduation. He wanted to help those less fortunate and make sure they were given equal access to the justice system.

The semester that Marc came back from San Francisco, I noticed he had changed. He did not come back his usual jovial and quick witted self. He was not excited about law school. I can remember, though, how shocked I was to hear that Marc was in trouble and had been arrested. I believed that Marc must have committed a more minor offense and that he was innocent of the more severe accusations.

Soon after he was in jail, Marc began writing, and it seemed that—despite his current living quarters—he was more himself than he had been the previous semester. He told me that he was reading *Brothers Karamazov*, and struggling with the book's themes of guilt, crime, and redemption. Since Marc wrote me that letter, I often picture Marc as one of the characters in the novel, Dmitri, the character whose brash actions land him in jail for a murder that he did not commit. Despite his innocence, Dmitri still finds redemption in prison.

Like Dmitri, I know that Marc has learned much in prison about life and other people. He has made friends and helped others even there—whether it was making Christmas cards on the backs of court cases for the inmates or providing photos for his bunkmates. I believe that once Marc leaves jail, he will work even harder than he did before to help people in whatever way he can.

Marc is ultimately a very good and kindhearted person. I can only emphasize and assure you that the actions that led Marc to this juncture are an aberration and do not reflect the friend and inquisitive student that I have always known. I hope that you may see him in this same light.

Sincerely,

Katie Einspanier

January 18, 2013

The Honorable Reggie B. Walton
United States District Court for the
District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Walton:

I am writing you in order to give you some sense of Marc Gersen's character. There are some very strong reasons why I believe that he has learned his lesson and should be allowed to rejoin society soon.

Marc has been a good friend of mine for over 12 years. He was a groomsman at my wedding. Marc has helped me through many struggles over the years, including academic and personal struggles. We discussed philosophy, truth and kindness when we were both taking classes at Georgetown. Marc was always willing to drop what he was doing to help his colleagues, and he cared about the less fortunate in profound ways, often volunteering to help the homeless or to tutor young children in math and reading. I know that he has deep sense of caring for his fellow man. It was in this spirit that he decided to intern in the public defender's office, to help those in need of crucial legal assistance without the means to pay for it.

I also know that he has taken his time in jail seriously. He writes me often and I me know that he is trying to help people in jail, both formally and informally, and I know that he is truly sorry for his actions.

I began to suspect Marc had a problem his second year in law school, he was not his usual, joyful self. He seemed distant and distracted. I now know that he had a drug problem that was getting out of hand. I believe that drug rehabilitation will be an excellent thing for him.

Before he got caught up in his recent drug problem, Marc had every potential to be a very productive and successful member of the bar. I am sorry that this opportunity has been stripped away from him, even though I know he is paying the price for his actions, because I think that the legal profession is generally losing a potential scholar and good citizen.

I know that if Marc completes his rehabilitation and is released, he will be a productive member of society, and will be successful in reforming his life. I hope to see Marc again soon; please provide him the chance to rejoin society.

Sincerely,

Christopher Gladbach

To whom it may concern,

     As one of Marc Gersen's closest friends since Middle School, I am truly sorry to be in a position of having to write a letter like this. However, I want to offer my perspective as someone who knows Marc well, and I hope that it is of some value as proceedings regarding his case go forward.

     Before I begin, I will provide a bit of background about myself. I attended middle school and high school with Marc at Pine View School in Sarasota, Florida. I graduated in 1999 and Marc in 2000. I earned a B.A. in economics and music from Bucknell University in 2003 and a Ph.D. in economics from the University of Wisconsin-Madison in 2007. Since 2007 I have been employed as an assistant professor in the department of economics at the American Unviersity of Sharjah, which is an American-accredited university in the United Arab Emirates. I have never been involved with the legal system in any way.

     I first met Marc when he was in 7th grade in an accelerated math class. I remember him as an extremely bright and curious student, and always willing to assist other students who needed help. As we went forward in high school, Marc and I remained best friends. Among other things, we were on the speech and debate team together; Marc was an *extremely* gifted orator, but more than that I remember him as someone with good humor and who made friends easily with all kinds of people. I also remember when the teacher of our Advanced Placement economics class fell ill, he asked Marc to essentially take over the instruction of the class in his absence. This indicates not only a superior level of intelligence, but excellent intrapersonal skills and the ability to communicate well. Through our high school years, Marc was never anything other than a sincere and compassionate friend.

     After we went to college – Marc to Georgetown and I to Bucknell – we remained good friends and every winter break drove together from up North to visit our families in Florida. His academic performance continued to be excellent, and Marc was even asked to be a teaching assistant for the economics department as an undergraduate, which I know is reserved only for the most capable and personable students. He was always a hard worker, and held multiple jobs in addition to his extra-curricular activities. When I visited him on campus, I again noted Marc's humor and social skills, and how well he interacted with a diverse crowd of students.

     After we earned our undergraduate degrees, we both pursued Ph.D. degrees in economics. I know first-hand how stressful graduate school can be, and I imagine it was here that Marc started making choices that led him down a destructive path. I had classmates who lost focus and made the same set of mistakes. Ultimately Marc left the Ph.D. program, which leaves many people in limbo. This combination of high stress from graduate work and an uncertain path forward evidently took its toll on Marc and he fell into a self-destructive trap – I have seen it before with other classmates in graduate school. However, as someone who has been Marc's friend for almost 20 years, it is important for me to emphasize that these behaviors are *not* typical of Marc's actions for the vast majority of time that I knew him; I never knew him to be anything but a role model for others of hard work and of motivation to succeed.

I understand that Marc has been active in the inmate GED program for the last several months. Marc's passion for teaching and for interacting with others is a constant throughout many experiences and circumstances over the last two decades. I have always pictured him doing some kind of teaching or counseling. And it is not just that he enjoys this kind of work – he is successful at it as well. As long as Marc orients himself on a productive career path, I have no doubt whatsoever that there is nothing but success ahead for him. I know it is not always easy for people to break out of self-destructive behaviors, but Marc's intelligence and his motivation to achieve goals that he sets for himself with near-singular focus is exceptional among people that I have known. If he can see positive goals for his life – and he has the support of a family that I have always known to be engaged and compassionate – I have no doubt that he will be a success story with a productive life ahead of him.

As someone who has known Marc for a long time, it would be my hope that Marc's sentencing can be designed to provide him with an opportunity and guidance to set goals for himself and return to a healthier path. This is the path I have known Marc to be on for most of his life and to which I am confident he can return.

Thank you for the opportunity to provide input into this process.

Michael A. Malcolm
mmalcolm@aus.edu

January 15, 2013

The Honorable Reggie B. Walton

United States District Court for the

District of Columbia

333 Constitution Avenue NW

Washington, DC 20001

Dear Judge Walton:

We are writing this letter to provide some insight into the behavior our son Marc Gersen, and to request leniency. We are here to support him, but not enable him. Marc's recent behavior and his current situation has devastated our family.

Marc had a difficult childhood, dealing with several emotional issues. Since his youth, Marc suffered from depression and trichotillomania which was managed by medication and psychiatric counseling. Trichotillomania is the compulsive urge to pull out one's own hair leading to noticeable hair loss, distress, and social or functional impairment. It is classified as an impulse control disorder by DSM-IV, triggered by depression or stress. At age 8, the year that we were separated, Marc's condition was so severe that he had plucked out all his eyelashes, most of his eyebrows, and had several huge bald spots all over his head.

Marc also began to stutter when he was in the 6th grade. However, he continued to contribute to class discussions. Additionally, in high school and college, Marc was an integral part of his school's speech and debate team, winning regional and state medals.

Despite dealing with the above adversities, Marc made positive contributions to our community. During his public school career Marc volunteered many hours tutoring chess, economics, reading and math to other students. When Robin taught summer school to communication impaired 1st and 2nd graders Marc volunteered to come with her daily, assisting in the academic instruction of these needy students. Robin couldn't have taught that summer without Marc!

Marc was always a warm, caring family member. In his senior year of high school Marc was the caregiver for his grandmother after her eye operation, She lived in an independent living facility. Marc was known as the grandchild who all the little old ladies and men enjoyed talking to. He spent time talking to them and listening.

Marc Gersen today is not the same person who entered the Berkeley economics doctoral program in Sept. 2004. In May 2005 he announced he was gay. His father had an extremely hard time dealing with that, and they did not communicate for years. Then when Marc had difficulty doing his dissertation he felt he had nobody to turn to. Marc had never failed at anything academic before, and had an emotional breakdown. I tried to reach out to him, but Marc didn't talk to us about his problems until it was too late....he had already gotten involved with drugs. Our family has not been the same since.

We have gone for counseling to try and deal with the many issues involved in Marc's drug addiction and behaviors. We also have a long time family friend, a psychiatric nurse, who has known Marc since birth. During this crisis she was instrumental in giving us advice about addiction and tough love. She would often say, "Remember, the drugs are talking." Well, we were tired of the drugs talking.

Over the last 13 months of our son's incarceration, Marc has come around and is remorseful for the things he has done in his past. Marc realizes how troubled he really was a year ago, and feels guilty of how his actions have emotionally devastated our family. Although he has this painful past that will stay with him for life, being sober for the past year has been positive. He recently told me, "I look at all life experiences differently now." He is beginning to again be the Marc that we once knew, looking forward to getting on track with his life.

We are happy Marc will be entering the 500 hour rehab program. Marc is glad also. It will be a positive life changing experience.

Hopefully he can enter the rehab program quickly, and be released as early as possible so he can go on to be a productive member of society.

Marc is looking forward to re-entering law school. He will be ready to put his academic strengths and energy towards positive means. He wants to become a lawyer to help people.

We respectively request leniency so that Marc can rejoin the world and again be a highly productive member of society.

Sincerely,

Robin & Lenny Gersen

Record of:    Case 1:11-cr-00353-RBW   Document 118   Filed 01/22/13   Page 16 of 22 NIVERSITY
GUID:    823938723    OFFICE OF THE LAW CENTER REGISTRAR
WASHINGTON, D.C. 20001
(202)662-9220

**Course Level:**    Juris Doctor

**Previous Degrees:**
B.S. in Foreign Service    May 22, 2004
  GEORGETOWN UNIVERSITY
  WASHINGTON DC
**Degrees Awarded:**
B.S. in Foreign Service    May 22, 2004
  School of Foreign Service
  Major: International Economics
  Honors: Summa Cum Laude

**Entering Program:**
  Georgetown University Law Center
  Juris Doctor
  Major: Law

| Subj | Crs | Sec | Title | Crd | Grd | Pts | R |
|------|-----|-----|-------|-----|-----|-----|---|
| | | | ---------- Fall 2010 ---------- | | | | |
| LAWJ | 001 | 92 | Civil Procedure | 4.00 | B+ | 13.32 | |
| LAWJ | 002 | 92 | Contracts | 4.00 | A | 16.00 | |
| LAWJ | 005 | 29 | Legal Research & Writing | 2.00 | IP | 0.00 | |
| LAWJ | 008 | 23 | Torts | 4.00 | A- | 14.68 | |

| | EHrs | QHrs | QPts | GPA | RC |
|--|------|------|------|-----|-----|
| Current | 12.00 | 12.00 | 44.00 | 3.67 | 1.00 |
| Cumulative | 12.00 | 12.00 | 44.00 | 3.67 | 1.00 |

| Subj | Crs | Sec | Title | Crd | Grd | Pts | R |
|------|-----|-----|-------|-----|-----|-----|---|
| | | | ---------- Spring 2011 ---------- | | | | |
| LAWJ | 003 | 92 | Criminal Justice | 4.00 | A | 16.00 | |
| LAWJ | 004 | 92 | Con Law I: Federal System | 3.00 | B+ | 9.99 | |
| LAWJ | 005 | 29 | Legal Research & Writing | 4.00 | B | 12.00 | |
| LAWJ | 007 | 92 | Property | 4.00 | B | 12.00 | |
| LAWJ | 235 | 51 | International Law I: Introduction to International Law | 3.00 | EW | 0.00 | |
| LAWJ | 611 | 02 | Law in A Global Context | 1.00 | P | 0.00 | |

| | EHrs | QHrs | QPts | GPA | RC |
|--|------|------|------|-----|-----|
| Current | 16.00 | 15.00 | 49.99 | 3.33 | 1.00 |
| Annual | 28.00 | 27.00 | 93.99 | 3.48 | |
| Cumulative | 28.00 | 27.00 | 93.99 | 3.48 | 2.00 |

| Subj | Crs | Sec | Title | Crd | Grd | Pts | R |
|------|-----|-----|-------|-----|-----|-----|---|
| | | | ---------- Fall 2011 ---------- | | | | |
| LAWJ | 038 | 08 | Antitrust Economics and Law | 4.00 | EW | 0.00 | |
| LAWJ | 1058 | 05 | De-Criminalizing Mental Illness: Prison Reform Advocacy in Litigation and Beyond | | EW | | |
| LAWJ | 1058 | 81 | ---Seminar | 2.00 | EW | 0.00 | |
| LAWJ | 1058 | 82 | ---Field Work | 2.00 | EW | 0.00 | |
| LAWJ | 121 | 03 | Corporations | 4.00 | EW | 0.00 | |
| LAWJ | 126 | 03 | Criminal Law | 4.00 | EW | 0.00 | |

Leave of Absence, 11/20/2011

------------------ Transcript Totals ------------------

| | EHrs | QHrs | QPts | GPA | RC |
|--|------|------|------|-----|-----|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Cumulative | 28.00 | 27.00 | 93.99 | 3.48 | 2.00 |

------------- End of Juris Doctor Record -------------

*Denise A. Sangster*

Registrar

Daniel Schier
891 Capp St.
San Francisco, Ca 94110
(224) 875-0597
daniel.schier@gmail.com

Your Honor ( followed by the judge's full name),

I am writing to you on behalf of my friend, Marc Gersen, who is scheduled to be sentenced January 31. I have known Marc for the past ten years, and we first met when I was a freshman at Georgetown University. He has shared my interest in foreign affairs, took a mentorship role during my early months at school, and introducing me to the debate society and the professional foreign service fraternity. I remember him as a teacher and the most distinguished students of the undergrad economics program, as well as a friend with whom I shared many fond college experiences.

I can say that Marc has had a positive influence on my life, and the news of his incarceration came with great shock and sadness. The last time I saw him was while he was interning for the California public defender's office. We talked a bit then about the work he was doing, and he seemed happy with the switch to law and the move back to Washington, a new start from some of the personal difficulties he had on the west coast after Georgetown. I missed most of that period. I heard about it in an off letter or phone call while I was serving in the Peace Corps.

I understand that he has pled guilty to the crimes to which he has been charged, and I don't dispute his guilt. The last time I visited Washington I could not get in contact with Marc, and I feared that breaking off from friends and school was a dire sign that he was lost in something dark. Besides the social cost to his actions I don't really think Marc benefitted from them either, and he paid as well for deviating from his own goals and aspirations. Marc has expressed remorse to me about what has brought him before you.

In my memory Marc is an academic, not a felon. I hope the realities in prison do not change that, that he can exit this period of criminal involvement and incarceration closer to how I remember him. I believe an arrangement that will allow him a shorter stay in prison would be positive beneficial for society, his family, and Marc himself.

I would like to help my friend in any way possible, and I would be more than happy to speak further towards his character and situation. If you have any further need, don't hesitate to reach me by phone or mail.

Sincerely,
Daniel Schier

January 15, 2013

The Honorable Reggie B. Walton
United States District Court for the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001

Dear Judge Walton:

I am writing to request leniency in the upcoming sentencing for my brother, Marc
Gersen. After his release, I look forward to supporting Marc as he reintegrates with our
family and society at large.

For the past several years, Marc's priorities and judgment have been derailed by drug
addiction. I believe that Marc has never been as fully and profoundly committed to
treating his addiction as he has been since his arrest for the offenses that have brought
him before your court. For instance, when we discuss what he might do after his release,
his planning process focuses on staying clean. He is all too aware that the availability of
meetings is not enough; through great effort, his entire lifestyle can and will enable his
recovery.

Marc is making every effort to complete his law degree, demonstrate his moral character,
become a lawyer, and serve the justice system. Nonetheless, he is aware that these goals
are difficult to achieve with a felony conviction. Given Marc's talents and passions, there
are many vital roles for him in society, even if he does not become a lawyer. I can easily
see Marc as a teacher; he has always loved teaching, whether in college-level economics
courses or the G.E.D. unit, and his students respond with excellent teaching evaluations.
Just as vividly, I can see Marc as a community organizer, using the same communication
skills to explain the human impacts of government policies. I can also see him working
as support staff at a legal aid clinic, providing important nonlegal services and
empathizing with people who might be intimidated by the legal system.

Of course, none of these observations can excuse or satisfyingly explain Marc's past
actions. I hope they do, however, provide some insight into Marc's ability and ambition
to contribute to society in the future.

Sincerely,

Sara Gersen

Dear Judge Walton,

I know Marc Gersen as a fellow inmate and teacher on the GED Block in DC Jail. Jail is a place without many very nice people; Marc stands out as caring, kind, and talented. His writing class is fantastic – students actually pay attention and stay engaged, and they make tremendous progress. His students are, for the first time, learning to communicate effectively in writing, and they are impressed and proud of themselves for it. Our students really connect with him. His sense of humor also helps to keep folks engaged for lectures on punctuation, sentence mechanics, and composition.

Marc is also open about his personal story – that he came from a privileged background, messed around with drugs a bit, but wound up with an addiction that messed up his life. I recall, in particular, how one time he described the setting of his one-bedroom condo, the strange monotony of counting stacks of drug money, but the feeling of despair, loneliness and uselessness because he was too high to leave his apartment or to return his mother's phone calls. Even as someone who does not use drugs, I was moved by the powerful but subtle message he was conveying – he too understood drug-related suffering, and it was some nastiness regardless of money, or a nice condo, or what part of town it's in. I could feel the deep sorrow and regret when he described several experiences that he had with drugs.

I also appreciated how Marc has helped me with my case. He's the guy on our block people talk to about legal questions. He and I are from different backgrounds – he is Jewish, and I'm an Iranian citizen and Canadian resident. Being thrown into the U.S. legal system is confusing and frightening for me, and it's really nice that he will help explain to me things I don't understand about my case, and help me to research issues in

the law library. My lawyer has found some of these cases helpful, too. Out students and I,
we also enjoy listening to his brief explanations of important American criminal cases.

I think Marc is a very nice person. From what I've seen of him in jail, I think that
when he is done serving his time, he will be a very useful role model in the community.


Sincerely,


Arsalan Shemirani



# Certificate of Participation

*Is here by granted to*

*Marc Gersen*

to certify that he has participated for continued support as a
# General Equivalency Diploma Tutor

Granted: January 07, 2013

Dr. James Greene
Educational Program Administrator

December 12, 2011

To The Honorable Judge Walton
United States District Court
Regarding: Case of MARC GERSEN

I have known Marc Gersen since 2000. Marc was a student in two of the classes which I teach in the Theology Department at Georgetown University. I have served as Senior Jewish Chaplain and lecturer in Theology at the University for forty-four years. My current position is Senior Advisor to the Program for Jewish Civilization in the School of Foreign Service.
Marc was an excellent student and was an active participant in the extra-curricular life of the University. He was involved in community service and participated earnestly in religious life. I enjoyed frequent talks with him and can attest to his idealism and commitment to societal improvement. I have followed his post Georgetown career and was pleased that he decided to enroll at the Georgetown Law Center.

His integrity in my mind is beyond doubt.

Respectfully submitted by
Rabbi Harold S. White